**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DARREN HUNTER,

Plaintiff,

v. Case No. 6:25-CV-00360-GAP-UAM

NETFLIX INC., ADAM MCKAY,
SCOTT STUBER, DAVID SIROTA, AND
HYPEROBJECT PRODUCTIONS, INC.,

Defendant[s].

______________________________

**DAVID SIROTA'S DISCLOSURE STATEMENT**
**UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

☒ No.

☐ Yes, and

☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

☐ The filer has no parent corporation.

☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☐ No.

☒ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

David Sirota is a citizen of Colorado.

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

☒ No.

☐ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f. Has the filer identified any natural person?

☐ No.

☒ Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

a) Defendant Netflix, Inc.
b) Defendant Adam McKay
c) Defendant Hyperobject Productions
d) Shullman Fugate PLLC, counsel for Defendants
e) Rachel Fugate, counsel for Defendants
f) Yelan Escalona, counsel for Defendants
g) Mitchell Silberberg & Knupp LLP, counsel for Defendants
h) Emily F. Evitt, counsel for Defendants
i) Robert H. Rotstein, counsel for Defendants
j) Rebecca Benyamin, counsel for Defendants

k) Plaintiff Darren Hunter
l) Klayman Law Group P.A., counsel for Plaintiff Darren Hunter
m) Larry Klayman, counsel for Plaintiff Darren Hunter

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒ No.

☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

☒ No.

☐ Yes, and the debtor is [].

☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

☒ No.

☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

☒ No.

☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒ Yes.

Dated: May 12, 2025

Respectfully submitted,

SHULLMAN FUGATE PLLC

By: /s/ Rachel E. Fugate
Rachel E. Fugate
Florida Bar No. 144029
Yelan Escalona
Florida Bar No. 1031564
100 South Ashley Dr., Suite 600
Tampa, FL 33602
Telephone: (813) 935-5098
E-mail: rfugate@shullmanfugate.com
E-mail: yescalona@shullmanfugate.com

and

Robert H. Rotstein (*pro hac vice*)
Emily F. Evitt (*pro hac vice*)
Rebecca Benyamin (*pro hac vice*)
**Mitchell Silberberg & Knupp LLP**
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100
E-mail: rxr@msk.com
E-mail: efe@msk.com
E-mail: r1e@msk.com

*Counsel for Defendant David Sirota*